UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joy Rahaman,

          Plaintiff,        Case No. 24-13459

v.                                  Judith E. Levy
                                   United States District Judge

State Farm Mutual Auto
Insurance, *et al.*,           Mag. Judge Elizabeth A.
                                   Stafford
          Defendants.

_____/

**OPINION AND ORDER**

On December 26, 2024, *pro se* Plaintiff Joy Rahaman filed this action against Defendants State Farm Mutual Auto Insurance ("State Farm"), Jason Snyder, Rafal Lipowski, and Michelle Boedeker. This case is one in a series of lawsuits brought by Plaintiff. On September 3, 2016, Plaintiff was involved in a car accident. This is the ninth case regarding the accident that she has filed in the Eastern District of Michigan between June 2020 and December 2024. *See Rahaman v. Am. Connect Fam. Prop. & Cas. Ins.*, Case No. 20-11628 (motion to dismiss granted); *Rahaman v. State Farm Mut. Ins. Co.*, Case No. 22-10635 (grant of

summary judgment affirmed by Sixth Circuit); *Rahaman v. Spine Specialist of Mich.*, Case No. 22-12349 (motion to dismiss granted); *Rahaman v. Bodecker Law P.C.*, Case No. 24-10825 (decision on the Magistrate Judge's report and recommendation to dismiss the complaint pending); *Rahaman v. Progressive Ins. Co.*, Case No. 24-12015 (motion to dismiss pending); *Rahaman v. Boedeker*, No. 24-12885 (dismissed sua sponte for lack of subject-matter jurisdiction); *Rahaman v. Radden*, No. 24-12865 (motion to dismiss pending); and *Rahaman v. Bagley*, No. 24-13348 (motions to dismiss pending).

"In this Court and during her state-court litigation, Rahaman has made endless claims of fraud, forgery, bad faith, and the like, trying to undermine the validity of earlier litigation." (Case No. 24-10825, ECF No. 32, PageID.277.) The Sixth Circuit has found a "very high probability that Rahaman fabricated" evidence. *Rahaman v. State Farm Mut. Ins. Co.*, No. 23-1816, 2024 U.S. App. LEXIS 7515, at *3 (6th Cir. Mar. 29, 2024).

"There is nothing unusual about imposing prefiling restrictions in matters with a history of repetitive or vexatious litigation." *Feathers v. Chevron U.S.A., Inc.*, 141 F.3d 264, 269 (6th Cir. 1998)). "The filing of

2

frivolous lawsuits and motions strains an already burdened federal judiciary." *Viola v. Cuyahoga Cnty. Land Bank*, No. 1:21 CV 1196, 2021 WL 5015486, at *9 (N.D. Ohio Oct. 28, 2021), *aff'd sub nom. Viola v. Cuyahoga Cnty. Land Reutilization Corp.*, No. 21-4139, 2023 WL 3725063 (6th Cir. Feb. 15, 2023). "Our ability to perform our duties is compromised when we are forced to devote limited resources to the processing of repetitious and frivolous filings." *Id.* (citing *In re Sindram*, 498 U.S. 177, 179–80 (1991)).

With this Order, the Court gives Plaintiff a final warning to refrain from duplicative, frivolous, fraudulent, or harassing filings, including the filing of additional lawsuits related to the allegations in this case or the filing of unnecessary papers on the dockets of cases that have been dismissed.[1] Failure to heed this warning will result in significant pre-filing restrictions being placed on Plaintiff, which may include the following: no further filings will be accepted in this matter; any future filings related to the 2016 accident will be stricken, even if filed in a

---

[1] Over one year ago, on October 2, 2023, "[t]he Court warn[ed] Plaintiff that further frivolous motion practice may result in sanctions." (Case No. 22-cv-12349, ECF No. 61, PageID.1854.) Nevertheless, she has continued to file duplicative, frivolous, fraudulent, and meritless documents.

separate case; and Plaintiff will be enjoined from filing any new lawsuits or other documents without first seeking and obtaining leave of the Court.

IT IS SO ORDERED.

Dated: April 28, 2025　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　JUDITH E. LEVY
　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2025.

　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　Case Manager